UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Rachel M Deweese<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 15-32565<br><br>Chapter: 13<br>Honorable A. Benjamin Goldgar |

## ORDER AUTHORIZING DISBURSEMENT OF FUNDS

THIS MATTER coming to be heard on the MOTION TO AUTHORIZE DISBURSEMENT OF FUNDS, the court having jurisdiction, with due notice having been given to all parties in interest, IT IS HEREBY ORDERED:

1. State Farm is authorized to disburse $3,352.55 in insurance funds to the lienholder and $3,252.82 to the Debtor.

2. This order does not authorize the debtor to also use the disbursed funds out of the ending course.

Enter:

_United States Bankruptcy Judge_

Dated:    11 JUL 2017

**Prepared by:**
David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600

Rev: 20151029_bko